UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

**UNITED STATES OF AMERICA,**

v.  Case No.: 2:19-CR-00096

**JAMES EDWARD MALONE,**  **Defendant.**

## MOTION FOR DETENTION HEARING

COMES NOW, the Defendant, James Edward Malone, by counsel and moves this Honorable Court for a Detention Hearing and in support whereof states as follows,

1. The Defendant was arraigned on July 31,2019 on several charges by this Honorable Court.

2. The Defendant waived the Detention Hearing without prejudice and reserved right to request a hearing at a later date. (Doc. 103).

3. The Defendant would state that he will obey all conditions and restrictions put on him by this Honorable Court for the purposes of pre-trial release.

WHEREFORE, the Defendant moves for a Detention Hearing to be set as soon as feasible and according to availability of counsel and Court.

Respectfully Submitted,

JAMES EDWARD MALONE

BY:  /s/ *Ilya I. Berenshteyn*
Ilya I. Berenshteyn
BPR No. 026967
The Senter Law Firm, P.C.
713 Volunteer Parkway, Suite 6
Bristol, TN 37620
(423) 764-5255
(423) 764-5655 fax

CERTIFICATE OF SERVICE

      I hereby certify that on January 20, 2020 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Ilya I. Berenshteyn*