UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:19-CR-96 |
| ) | |
| vs. ) | |
| ) | |
| JAMES EDWARD MALONE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Prior to Defendant's detention hearing on **January 29, 2020**, Defendant's counsel notified the Court that Defendant wished to waive a detention hearing without prejudice to requesting one subsequently.

If Defendant later files a motion requesting a detention hearing, such a hearing will be scheduled promptly.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge