UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:19-CR-96-11 |
| | ) JUDGE GREER |
| JAMES EDWARD MALONE | ) |
| aka "JIMMY" | ) |

GOVERNMENT'S NOTICE OF NO OBJECTION
TO PRESENTENCE REPORT

Comes now the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and states:

After having reviewed in full the Presentence Report, the government has no objection to the Presentence Report as written and sees no need for an evidentiary hearing upon any of the contents.

Respectfully submitted, this the 15th day of October, 2020.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: s/ *Thomas A. McCauley*
THOMAS A. MCCAULEY, TN BPR#035250
ASSISTANT UNITED STATES ATTORNEY
220 WEST DEPOT STREET, SUITE 423
GREENEVILLE, TN 37743
423/823-5033
THOMAS.MCCAULEY@USDOJ.GOV